■ In the Matter of PARIS P., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DESIREE F.,

Appellant. [762 NYS2d 859] —Appeal from an order of Family Court, Erie County (Rosa, J.), entered May 16, 2002, which adjudged that Paris P. is a permanently neglected child and terminated respondent's parental rights.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Cherilyn P.,* 192 AD2d 1084 [1993], *lv denied* 82 NY2d 652 [1993]; *see also* CPLR 5511). Present—Green, J.P., Wisner, Burns, Gorski and Hayes, JJ.